UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 4:19-CR-361-1 |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| JABIN GODSPOWER OKPAKO, | ) | |
| Defendant | ) | |

ORDER REGARDING RECONSIDERATION OF BAIL
(Doc. 37)

In accordance with the accompanying Memorandum of this date, the Motion for Bail (Doc. 37) is DENIED.

Dated: June 16, 2020                                BY THE COURT

                                                                *s/William Arbuckle*
                                                                William Arbuckle
                                                                U.S. Magistrate Judge